IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AKC, ██████████, a minor, by and through his Mother and Father and Next Friend, and JARROD COKER and BARBARA W. COKER, individually,<br><br>    Plaintiffs,<br>v.<br><br>CONAGRA FOODS, INC.; WINN-DIXIE MONTGOMERY, INC.; Defendants "A" and "B", the inspector or technician who either failed to inspect the peanut butter purchased by Plaintiffs upon the occasion made the basis of this suit; Defendant "C", the person, firm or corporation responsible for the maintenance and inspection of the manufacturing plant producing the peanut butter which was purchased by Plaintiff; Defendant "D", the person, firm or corporation responsible for the preparation of the peanut butter containers upon the occasion made the basis of this suit, all of those whose true names are unknown to Plaintiff at this time but, will be added by Amendment when ascertained,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>**JURY TRIAL DEMANDED**<br><br>2:07CV743-mht |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Court Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ConAgra Foods, Inc. in the above-captioned action certifies that the general nature and purpose of the foregoing entity is the manufacture of food products.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. No publicly held company owns 10% or more of ConAgra Foods, Inc.'s stock.

_____
Timothy W. Knight (KNI021)

_____
Lucy W. Jordan (JOR037)
Attorneys for Defendant
ConAgra Foods, Inc.

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com
lj@keeselby.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2007, a copy of the foregoing pleading was served to the following by regular U.S. Mail:

Joseph W. Warren
Nicholas Cole Hughes
6706 Taylor Circle
Montgomery, AL  36117

_____
OF COUNSEL