# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| A.K.C., a minor, by and through ) | |
| His Mother and Father and Next ) | |
| Friends, and JARROD COKER ) | |
| And BARBARA W. COKER, ) | |
| Individually, ) | |
| ) | **CIVIL ACTION NO.** |
| Plaintiffs, ) | **2:07cv743-MHT** |
| ) | |
| v. ) | |
| ) | |
| CONATGRA FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Barbara W. Coker, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

✓ **This party is an individual; and**

✓ **There are no entities to be reported.**

s/ Nicholas Cole Hughes_____
Joseph W. Warren (WAR017),
Nicholas Cole Hughes (HUG057),
Attorneys for Plaintiffs.

**Of Counsel:**

| | |
|---|---|
| Joseph W. Warren (WAR017) | Nicholas Cole Hughes (HUG057) |
| 6706 Taylor Circle | 6706 Taylor Circle |
| Montgomery, AL 36117 | Montgomery, AL 36117 |
| Tel: 334-279-0088 | Tel: 334-279-0088 |
| Fax: 334-279-8830 | Fax: 334-279-8830 |
| Email: Auattny@aol.com | Email: Nhughes465@aol.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served upon the following parties by the Court's cm/ecf system and/or U.S. Mail, postage prepaid, where applicable, this 28th day of August 2007.

**Timothy W. Knight**
**1900 International Park Drive, Suite 220**
**Birmingham, AL 35243**

**Lucy W. Jordan**
**1900 International Park Drive, Suite 220**
**Birmingham, AL 35243**

        s/ Nicholas Cole Hughes_____
        Joseph W. Warren (WAR017)
        Nicholas Cole Hughes (HUG057),
        Attorneys for Plaintiffs.