IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| A.K.C., a minor, by and through his Mother and Father and Next Friends, and JARROD COKER and BARBARA W. COKER, individually, )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv743-MHT |
| ) | |
| CONAGRA FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion for stay (Doc. No. 14) is set for submission, without oral argument, on September 13, 2007, with all briefs due by said date.

DONE, this the 11th day of September, 2007.

                              /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE