IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| A.K.C. a minor, by and through his Mother and Father and Next Friend, and JARROD COKER And BARBARA W. COKER, individually,<br><br>Plaintiffs,<br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>2:07cv-00743-MHT |

## NOTICE OF CONSENT TO MOTION TO STAY

Defendant, ConAgra Foods, Inc. ("ConAgra"), by counsel, files this Notice of No Opposition to Motion to Stay and would apprise the Court as follows:

1. On August 31, 2007, ConAgra filed a Motion for Stay of All Proceedings and Incorporated Memorandum in Support requesting this Court for a stay pending this case's transfer as a tag-along action to the Multi District Litigation ("MDL") No. 1845 in the Northern District of Georgia (Atlanta Division).

2. On September 11, 2007, this Court entered an Order implementing a September 13, 2007 submission deadline for all briefs in support and in opposition to the Motion to Stay.

3. Plaintiffs' counsel has informed counsel for ConAgra they have no objection to the motion to stay.

              /s Lucy W. Jordan
              Timothy W. Knight (KNI021)
              Lucy W. Jordan (JOR037)
              Attorneys for Defendant
              ConAgra Foods, Inc.

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com
       lj@keeselby.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2007, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

              /s Lucy W. Jordan
              OF COUNSEL