IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
A.K.C., a minor, by and      )
through his Mother and       )
Father and Next Friends,     )
and JARROD COKER and         )
BARBARA W. COKER,            )
individually,                )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:07cv743-MHT
                             )
CONAGRA FOODS, INC.,         )
                             )
     Defendant.              )
```

## ORDER

There being no objection, it is ORDERED as follows:

(1) The motion for stay (Doc. No. 14) is granted.

(2) Proceedings in this case are stayed pending MDL transfer.

DONE, this the 25th day of September, 2007.

                                 /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE