A CERTIFIED TRUE COPY

SEP 2 4 2007

ATTEST [signature]

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 6 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1845

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 27 2007

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

### IN RE ConAgra Peanut Butter Products Liability Litigation

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 44 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS
SEP 2 8 2007
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

# SCHEDULE CTO-5 - TAG-ALONG ACTIONS
## MDL NO. 1845
### IN RE ConAgra Peanut Butter Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-743 | A.K.C., et al. v. ConAgra Foods, Inc. |
| **FLORIDA MIDDLE** | |
| FLM 8 07-1491 | Sylvia McRae v. ConAgra Foods, Inc. |
| **INDIANA NORTHERN** | |
| INN 1 07-216 | Donna Powell v. ConAgra Foods, Inc. |
| **MASSACHUSETTS** | |
| ~~MA 1 07-11509~~ | ~~Lillian Katz v. ConAgra Foods, Inc.~~ Opposed 9/24/07 |
| **TEXAS SOUTHERN** | |
| ~~TXS 4 07-2745~~ | ~~Mary F. Brown, etc. v. ConAgra Foods, Inc., et al.~~ Opposed 9/14/07 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 24, 2007

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 1845 -- IN RE: ConAgra Peanut Butter Products Liability Litigation

(See Attached CTO- 5)

Dear Mr. Hatten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 6, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ _____
Deputy Clerk

Attachment

cc: Transferee Judge:       Judge Thomas W. Thrash, Jr.
    Transferor Judges:      Judge Myron H. Thompson; Judge Elizabeth A. Kovachevich;
                            Judge Philip Peter Simon
    Transferor Clerks:      Debra P. Hackett; Sheryl L. Loesch; Stephen R. Ludwig

JPML Form 36

INVOLVED COUNSEL LIST (CTO-5)
MDL NO. 1845
IN RE ConAgra Peanut Butter Products Liability Litigation

Mark J. Hoover
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

Lucy W. Jordan
Kee & Selby LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Jamie Ranah Kendall
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Andre M. Landry, III
Kacal, Adams & Law
One Riverway
Suite 1200
Houston, TX 77056

Kenneth M. Levine
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02445

Christopher D. Russo
Moody Law, P.A.
575 North Broadway
Bartow, FL 33830

Julio Cesar Salvador, Jr.
McGuireWoods, LLP
3300 Barnett Center
50 North Laura Street
Jacksonville, FL 32202

R. Gary Stephens
Law Offices of R. Gary Stephens
6310 Olde Pecan Drive
Suite 200
Richmond, TX 77469

Joseph William Warren
Knox Argo & Warren
6706 Taylor Circle
Montgomery, AL 36117

  **Anthony Ricciardi/GAND/11/USCOURTS**
10/02/2007 10:44 AM

To  Charlene Campbell/ALMD/11/USCOURTS@USCOURTS
cc
bcc
Subject  Fw: 07md1845 cto-5

Charlene,

I will get the documents our Court needs off Pacer. There is no need for you to send us the file or any paperwork.

Please send me an e-mail when your case is closed.

Thanks,


07md1845 cto-5.pdf

Anthony Ricciardi
(404) 215-1670